1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-00224-BAM |
| Plaintiff, | AMENDED MOTION TO DISMISS COMPLAINT [FED. R. CRIM. PROC. 48(a)]; ORDER |
| v. | |
| MANUEL RAMIREZ, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is now in the custody of the United States Marshals Service pending his return to the custody of the Bureau of Prisons.

Dated: February 5, 2018                    MCGREGOR W. SCOTT
                                           United States Attorney


                                      By:  /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

///

///

///

///

## ORDER

IT IS SO ORDERED that the Complaint be dismissed as to defendant Manuel Ramirez.

IT IS SO ORDERED.

Dated: **February 5, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE